IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BARRY HENDERSON | : | |
| | : | |
| v. | : | CIVIL NO. CCB-14-1708 |
| | : | Criminal No. CCB-07-0497 |
| UNITED STATES OF AMERICA | : | |

...o0o...

**MEMORANDUM and ORDER**

Federal prison inmate Barry Henderson filed a motion to vacate in May 2014 under 28 U.S.C. § 2255 seeking a sentence reduction under *Descamps v. United States*, 133 S. Ct. 2276 (2013).  This is his third motion, and he has not obtained leave to file a successive petition from the Fourth Circuit.  Accordingly, this court has no jurisdiction to grant the relief he seeks.  Nor does it appear he would be entitled to relief under either *Descamps*, *Whiteside v. United States,* 775 F.3d 180 (4th Cir. 2014), or *Johnson v. United States*, 135 S. Ct. 2551 (2015), because he is a career offender based on prior qualifying drug convictions.

It is therefore **ORDERED** that:

1. the motion to vacate (ECF No. 53) is **Dismissed** for lack of jurisdiction;

2. no certificate of appealability will issue;

3. the Clerk shall **CLOSE** Civil Case No. CCB-14-1708; and

4. the Clerk shall SEND a copy of this opinion to Barry Henderson and government counsel.

December 23, 2016                                         /S/
Date                                                          Catherine C. Blake
                                                                United States District Judge